556 S.E.2d 293 (2001)
354 N.C. 565
LEE CYCLE CENTER, INC. d/b/a Wilson Cycle Center and Lee Motor Company, Inc.,
v.
WILSON CYCLE CENTER, INC. d/b/a Carolina Motorsports and Carolina Motorsports of Wilson, Inc.
No. 271A01.
Supreme Court of North Carolina.
December 18, 2001.
Parris and Farris, P.A., by Robert A. Farris, Jr.; Thomas J. Farris; and William M.J. Farris, Wilson, for plaintiff-appellants.
Narron & Holdford, P.A., by I. Joe Ivey, Wilson, for defendant-appellees.
PER CURIAM.
AFFIRMED.